UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRICOR-FL, LLC, a limited liability company

        Plaintiff,

v.                                         Case No:   2:13-cv-354-FtM-38UAM

ACTION REALTY, LLC, DEBORAH ISLEY and SPENCER RAFFEL,

        Defendants.
_____/

## ORDER

**T**his cause is before the Court *sua sponte*.  On November 22, 2013, this Court entered a Case Management and Scheduling Order directing the parties to file a stipulation selecting a mediator within fourteen (14) days from the date of the Order and to conduct the mediation by March 17, 2014.  See Case Management and Scheduling Order (Doc. No. 28). Upon review of the Court docket, it appears that the parties have failed to file the stipulation selecting a mediator as directed.

Accordingly, it is **ORDERED:**

On or before **January 10, 2014**, the parties shall file a notice with the Court indicating the name, address and telephone number of the mediator they selected and the date of the mediation.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of January, 2014.

*(signature)*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record